# Court of Appeals
# of the State of Georgia

ATLANTA,  July 17, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1771.  AMC MARINE, INC. v. JOHN A. KICKLIGHTER.

Ronald K. Horton filed this action against John A. Kicklighter, Melissa M. Kicklighter, and AMC Marine, Inc. ("AMC Marine").  Apparently, the Georgia Department of Natural Resources ("DNR"), Ronald K. Horton Enterprises, Inc., and 429 Suncrest Blvd, LLC, were substituted as plaintiffs.  John Kicklighter filed a cross-claim against AMC Marine, and John and Melissa Kicklighter filed third-party complaints against Lee Boaen d/b/a Boaen Marine Construction, Noel Fillingim, and Aaron Tompkins.  The trial court entered judgment in favor of John Kicklighter on his cross-claim against AMC Marine, and AMC Marine filed a motion for judgment notwithstanding the verdict, which the trial court denied.  AMC Marine then filed this appeal.  We lack jurisdiction.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment." *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989) (punctuation omitted).  Under such circumstances, there must be either an express determination that there is no just reason for delay under OCGA § 9-11-54 (b) or compliance with the interlocutory appeal requirements of OCGA § 5-6-34 (b).  See id.  "Where neither of these code sections are followed, the appeal is premature and must be dismissed."  Id. (punctuation omitted).

The record does not indicate that the trial court directed the entry of judgment under § 9-11-54 (b) or that the court has resolved the claims of DNR, Ronald K. Horton Enterprises, Inc., or 429 Suncrest Blvd, LLC, or the third-party complaints of the Kicklighters.  Consequently, because this action remains pending below, AMC

Marine was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989). AMC Marine's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   07/17/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*